JS-6

FILED
CLERK, U.S. DISTRICT COURT
3/5/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BARRY'S PRINTING, INC. D/B/A ALL ABOUT PRINTING; ANTERO VELEZ, LLC; and DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:19-cv-03623 JAK (RAOx)**<br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

Dated: March 5, 2020  _____
John A. Kronstadt
United States District Judge